210B
10/06

# United States Bankruptcy Court
### District of Massachusetts

**Noreen Gilmore**
 157 Newbury Street
Framingham, MA 01701
xxx–xx–5579
*No Known Aliases*

Case number: 13–12109
Chapter: 7
Judge Frank J. Bailey

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

TO THE PARTIES IN INTEREST:

YOU ARE HEREBY NOTIFIED that an assignment of Court Claim No. **9** was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a *Transfer of Claim Other than for Security* in the clerk's office of this court on **04/18/2013.**

*Transferee*
**Vanda, LLC
c/o Weinstein & Riley, P.S.
2001 Western Ave., Ste. 400
Seattle, WA 98121**

**Vanda, LLC
c/o Weinstein & Riley, P.S.
PO Box 3978
Seattle, WA 98124**

*Transferor*
**CANDICA L.L.C.
C O WEINSTEIN AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121**

– DEADLINE TO OBJECT TO TRANSFER –

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty–one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:4/29/13

By the Court,

Noe Calvo
Deputy Clerk
617–748–5344